17 A.3d 917

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Steven L. ROMANSKY, Petitioner.**

Supreme Court of Pennsylvania.

April 5, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of April, 2011, the Petition for Allowance of Appeal is **DENIED.** Additionally, the Application of Brandon R. Reish, Esquire to Withdraw as Counsel is hereby **GRANTED.**